IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAIME MORENO-BRAVO | § | |
| VS. | § | CIVIL ACTION NO. 1:12cv6 |
| UNITED STATES OF AMERICA | § | |

<u>MEMORANDUM OPINION REGARDING VENUE</u>

Jaime Moreon-Bravo, an inmate confined in the Limestone County Cor-rectional Center, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner contends that the Bureau of Prisons has failed to correctly calculate his sentence.

A petition filed pursuant to Section 2241 must filed in the judicial district where the petitioner is incarcerated. *United States v. Gabor*, 905 F.2d 76 (5th Cir. 1990).

The Limestone County Correctional Center is located in the Waco Division of the Western District of Texas. As petitioner is not confined within the Eastern District of Texas, this court lacks jurisdiction over his petition and may not adjudicate his claim. Accordingly, this petition will be transferred to the Waco Division of the United States District Court for the Western District of Texas. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

SIGNED this 20th day of January, 2012.

<u>                              </u>
Zack Hawthorn
United States Magistrate Judge